we copy

**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

FILED
07 MAY 16 PM 4:42
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

Date: 5-11-07

Our case # : 07cv1007(SHS)
Case Name: Berger v. Alvarion Ltd. Et al        E-filing

Dear Sir/Madam,

    Enclosed is a certified copy of the civil docket sheet for the above referenced case that is being transferred to the United States District Court- Northern District of California. The case file can be accessed through our CM/ECF System for the Southern District of New York. Please contact Ms. Antonia Espinell at (212) 805-0618 and she will furnish you with a CM/ECF Login and Password.

    The enclosed copy of this letter is for your convenience in acknowledging receipt of these documents.

    **Court policy for USDC-SDNY states that all ECF actions require only original, manual paper filings for the initiating documents. You may access our CM/ECF website for any additional documents that your court may require for processing.**

Yours truly,

J. Michael McMahon
Clerk of Court

Deputy Clerk,
   J. Scheib    *Julieann Scheib*
   RDZ

Fed Ex Air bill# 8605 6651 9338

---

**RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED HEREIN
AND ASSIGNED CASE NUMBER:**
CASE # C 07 2601     ON DATE: MAY 16 2007
CASE TRANSFERRED OUT FORM

WDB

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAUL BERGER, On Behalf of Himself and All   :   07 Civ. 1007 (SHS)
Others Similarly Situated,                  :
                                            :
                    Plaintiff,              :
                                            :   ORDER
        -against-                           :
                                            :
ALVARION, LTD., ZVI SLONIMSKY, DAFNA        :
GRUBER, and MEIR BAREL,                     :
                                            :
                    Defendants.             :
------------------------------------------------------------X

SIDNEY H. STEIN, U.S. District Judge.

On April 4, 2007, defendant Alvarion, Ltd. moved to transfer this action to the U.S. District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a). In a letter dated May 3, 2007, Alvarion informed the Court that plaintiff does not oppose this motion. Accordingly, defendant's motion to transfer this action to the Northern District of California [4] is granted without opposition. In light of this transfer, the pending motion to appoint Irving Braun and Gary J. Fruchter as lead plaintiffs in this action [9] is dismissed as moot.

Dated: New York, New York
       May 3, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

A CERTIFIED COPY
J. MICHAEL McMAHON,              CLERK

BY _____
        DEPUTY CLERK

ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-01007-SHS
### Internal Use Only

Berger v. Alvarion Ltd. et al
Assigned to: Judge Sidney H. Stein
Related Case: 1:07-cv-02096-SHS
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 02/13/2007
Jury Demand: None
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

### Plaintiff

**Paul Berger**
*o behalf of himself and all others similarly situated*

represented by **Jeffrey Simon Abraham**
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 1910
New York, NY 10119
(212) 279-5050
Fax: (212) 279-3655
Email: jabraham@abrahamlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Donald Levit**
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 1910
New York, NY 10119
(212) 279-5050
Fax: (212) 279-3655
Email: llevit@aftlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**Alvarion Ltd.**

represented by **Tonia Maria Ouellette Klausner**
Wilson Sonsini Goodrich & Rosati (NYC)
12 East 49th Street
30th Flr.
New York, NY 10017
(212)-497-7706
Fax: (212)-999-5899
Email: tklausner@wsgr.com

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY _____
        DEPUTY CLERK

*ATTORNEY TO BE NOTICED*

**Defendant**

**Zvi Slonimsky**

**Defendant**

**Dafna Gruber**

**Defendant**

**Meir Barel**

**Movant**

**Irving Braun**     represented by **David Avi Rosenfeld**
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
631-367-7100
Fax: 631-367-1173
Email: drosenfeld@lerachlaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Gary J. Fruchter**     represented by **David Avi Rosenfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2007 | 1 | COMPLAINT against Alvarion Ltd., Zvi Slonimsky, Dafna Gruber, Meir Barel. (Filing Fee $ 350.00, Receipt Number 605593)Document filed by Paul Berger.(mbe) (Entered: 02/15/2007) |
| 02/13/2007 |  | SUMMONS ISSUED as to Alvarion Ltd., Zvi Slonimsky, Dafna Gruber, Meir Barel. (mbe) (Entered: 02/15/2007) |
| 02/13/2007 |  | Magistrate Judge Kevin N. Fox is so designated. (mbe) (Entered: 02/15/2007) |
| 02/13/2007 |  | Case Designated ECF. (mbe) (Entered: 02/15/2007) |
| 02/22/2007 | 2 | ORDER: Counsel are directed to appear in Courtroom 23A on April 13, 2007, at 11:00 a.m. for an initial case management conference. Attorneys are directed to consult the SDNY Procedures for Electronic Case Filing and Judge Stein's Individual Rules for matters assigned to him. (Signed by Judge Sidney H. Stein on 2/22/07) (js) (Entered: 02/23/2007) |
| 02/22/2007 |  | Set Deadlines/Hearings: Case Management Conference set for 4/13/2007 11:00 AM before Judge Sidney H. Stein. (js) (Entered: 02/23/2007) |

| | | |
|---|---|---|
| 04/04/2007 | 3 | NOTICE OF APPEARANCE by Tonia Maria Ouellette Klausner on behalf of Alvarion Ltd. (Klausner, Tonia Maria) (Entered: 04/04/2007) |
| 04/04/2007 | 4 | MOTION to Transfer Case *Notice of Motion to Transfer*. Document filed by Alvarion Ltd..(Klausner, Tonia Maria) (Entered: 04/04/2007) |
| 04/04/2007 | 5 | FILING ERROR - WRONG DOCUMENT TYPE SELECTED FROM MENU - MOTION to Transfer Case (Brief in Support of Motion to Transfer). Document filed by Alvarion Ltd..(Klausner, Tonia Maria) Modified on 4/5/2007 (KA). (Entered: 04/04/2007) |
| 04/04/2007 | 6 | DECLARATION of Greg Daily in Support re: 4 MOTION to Transfer Case *Notice of Motion to Transfer*.. Document filed by Alvarion Ltd.. (Klausner, Tonia Maria) (Entered: 04/04/2007) |
| 04/04/2007 | 7 | DECLARATION of Ethan D. Roberts in Support re: 4 MOTION to Transfer Case *Notice of Motion to Transfer*.. Document filed by Alvarion Ltd.. (Attachments: # 1 Exhibit Ex.A# 2 Exhibit Ex.B# 3 Exhibit Ex.C# 4 Exhibit Ex.D# 5 Exhibit Ex.E)(Klausner, Tonia Maria) (Entered: 04/04/2007) |
| 04/04/2007 | | (Court only) ***Motion(s) terminated: 5 MOTION to Transfer Case Brief in Support of Motion to Transfer filed by Alvarion Ltd. (KA) (Entered: 04/05/2007) |
| 04/05/2007 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - DOCUMENT TYPE ERROR. Note to Attorney Tonia Maria Ouellette Klausner to RE-FILE Document 5 MOTION to Transfer Case (Brief in Support of Motion to Transfer). Use the document type Brief found under the document list Other Documents. (KA) (Entered: 04/05/2007) |
| 04/05/2007 | 8 | BRIEF re: 4 MOTION to Transfer Case *Notice of Motion to Transfer. Brief in Support of Motion to Transfer*. Document filed by Alvarion Ltd.. (Klausner, Tonia Maria) (Entered: 04/05/2007) |
| 04/09/2007 | 9 | MOTION to Appoint Irving Braun and Gary J. Fruchter to serve as lead plaintiff(s) *to Approve Their Selection of Lead Counsel and to Consolidate Related Actions*. Document filed by Irving Braun, Gary J. Fruchter. (Attachments: # 1 Text of Proposed Order)(Rosenfeld, David) (Entered: 04/09/2007) |
| 04/09/2007 | 10 | MEMORANDUM OF LAW in Support re: 9 MOTION to Appoint Irving Braun and Gary J. Fruchter to serve as lead plaintiff(s) *to Approve Their Selection of Lead Counsel and to Consolidate Related Actions*. MOTION to Appoint Irving Braun and Gary J. Fruchter to serve as lead plaintiff(s) *to Approve Their Selection of Lead Counsel and to Consolidate Related Actions*.. Document filed by Irving Braun, Gary J. Fruchter. (Rosenfeld, David) (Entered: 04/09/2007) |
| 04/09/2007 | 11 | DECLARATION of David A. Rosenfeld in Support re: 9 MOTION to Appoint Irving Braun and Gary J. Fruchter to serve as lead plaintiff(s) *to Approve Their Selection of Lead Counsel and to Consolidate Related Actions*. MOTION to Appoint Irving Braun and Gary J. Fruchter to serve |

| | | |
|---|---|---|
| | | as lead plaintiff(s) *to Approve Their Selection of Lead Counsel and to Consolidate Related Actions.*. Document filed by Irving Braun, Gary J. Fruchter. (Attachments: # 1 Exhibit A - Certifications# 2 Exhibit B - Loss Chart# 3 Exhibit C - Notice# 4 Exhibit D - Firm Resume) (Rosenfeld, David) (Entered: 04/09/2007) |
| 04/09/2007 | 12 | ENDORSED LETTER addressed to Judge Sidney H. Stein from Tonia Ouellette Klausner dated 4/6/07 re: Counsel writes to request that the Court (a) cancel the Initial Case Management Conference scheduled for 4/13/07, and (b) re-schedule those conference to a date in June or July 2007 that is convenient for the Court. The conferences are adjourned to 7/27/07, at 10:00 a.m. So Ordered. (Signed by Judge Sidney H. Stein on 4/9/07) (jco) (Entered: 04/10/2007) |
| 04/09/2007 | | Set Deadlines/Hearings: Case Management Conference set for 7/27/2007 10:00 AM before Judge Sidney H. Stein. (jco) (Entered: 04/10/2007) |
| 04/23/2007 | 13 | MEMORANDUM OF LAW in Opposition re: 9 MOTION to Appoint Irving Braun and Gary J. Fruchter to serve as lead plaintiff(s) *to Approve Their Selection of Lead Counsel and to Consolidate Related Actions*. MOTION to Appoint Irving Braun and Gary J. Fruchter to serve as lead plaintiff(s) *to Approve Their Selection of Lead Counsel and to Consolidate Related Actions.*. Document filed by Alvarion Ltd.. (Klausner, Tonia Maria) (Entered: 04/23/2007) |
| 04/23/2007 | 14 | DECLARATION of Ethan D. Roberts in Opposition re: 9 MOTION to Appoint Irving Braun and Gary J. Fruchter to serve as lead plaintiff(s) *to Approve Their Selection of Lead Counsel and to Consolidate Related Actions*. MOTION to Appoint Irving Braun and Gary J. Fruchter to serve as lead plaintiff(s) *to Approve Their Selection of Lead Counsel and to Consolidate Related Actions.*. Document filed by Alvarion Ltd.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Klausner, Tonia Maria) (Entered: 04/23/2007) |
| 05/04/2007 | 15 | ORDER: Accordingly, defendant's motion to transfer this action to the Northern District of California 4 is GRANTED without opposition. In light of this transfer, the pending motion to appoint Irving Braun and Gary J. Fruchter as lead plaintiffs in this action 9is dismissed as moot. (Signed by Judge Sidney H. Stein on 5/3/07) (js) (Entered: 05/07/2007) |