**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAUL BERGER, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALVARION LTD., ZVI SLONIMSKY, DAFNA GRUBER and MEIR BAREL<br><br>　　　　Defendants. | **NOTICE OF APPEARANCE**<br><br>No.: 07 CV 1007 (SHS)<br><br>ECF Case |

To the Clerk of this Court and all parties of record:

　　　　Please enter my appearance as counsel in this case for Defendant **Alvarion, Ltd**.

　　　　I certify that I am admitted to practice in this Court.


Dated:  April 4, 2007

　　　　　　　　　　　　　　　　　　　　 s/ _____
　　　　　　　　　　　　　　　　　　　Tonia Ouellette Klausner (TOK-8279)
　　　　　　　　　　　　　　　　　　　Wilson Sonsini Goodrich & Rosati, PC
　　　　　　　　　　　　　　　　　　　1301 Avenue of the Americas, 40th Fl.
　　　　　　　　　　　　　　　　　　　New York, New York  10019
　　　　　　　　　　　　　　　　　　　(212) 999-5800


　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Alvarion, Ltd*

TO:  ALL COUNSEL OF RECORD