**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PAUL BERGER, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ALVARION LTD., ZVI SLONIMSKY, DAFNA GRUBER and MEIR BAREL <br><br> Defendants. | No.: 07 CV 1007 (SHS) <br><br> ECF Case |

**ALVARION, LTD.'S NOTICE OF MOTION
AND MOTION TO TRANSFER VENUE TO THE
NORTHERN DISTRICT OF CALIFORNIA**

Nina F. Locker, Esq.
Rodney G. Strickland, Esq.
Ethan D. Roberts, Esq.
Merav Avital-Magen, Esq.
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300

Tonia O. Klausner, Esq. (TOK-8279)
Wilson Sonsini Goodrich & Rosati, PC
1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022
Tel:   212-999-5800
Fax:   212-999-5899

*Attorneys for Defendant Alvarion, Ltd.*

**PLEASE TAKE NOTICE THAT,** pursuant to 28 U.S.C. Section 1404(a), defendant Alvarion, Ltd. will, and hereby does, move this Court for an order transferring this matter to the United States District Court for the Northern District of California. Plaintiff's securities class action lawsuit is substantially identical to two earlier-filed securities class action lawsuits that are currently pending before the Honorable Jeffrey S. White in the United States District Court for the Northern District of California. Pursuant to the well-established "first-to-file" rule and in the interests of judicial economy, this action should be transferred to the Northern District of California so that it can be consolidated with those preexisting California actions. This Motion to Transfer Venue is based on this Notice, the accompanying Declaration of Ethan D. Roberts (with all exhibits thereto), the Declaration of Greg Daily, and Alvarion, Ltd.'s Opening Brief in Support of its Motion to Transfer Venue to the Northern District of California, and on such oral and documentary evidence as may be presented at the time of any argument.

Dated: April 4, 2007               WILSON, SONSINI, GOODRICH AND ROSATI, PC

                                                                               s/   Tonia Ouellette Klausner
Tonia Ouellette Klausner, Esq. (TOK-8279)
Wilson Sonsini Goodrich & Rosati, PC
1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022
Tel:   212-999-5800
Fax:   212-999-5899

Nina F. Locker, Esq.
Rodney G. Strickland, Esq.
Ethan D. Roberts, Esq.
Merav Avital-Magen, Esq.
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300

*Attorneys for Defendant Alvarion, Ltd.*