UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL BERGER, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ALVARION LTD., ZVI SLONIMSKY, DAFNA GRUBER and MEIR BAREL, <br><br> Defendants. | No.: 07 CV 1007 (SHS) <br><br> ECF Case |

**DECLARATION OF GREG DAILY IN SUPPORT
OF ALVARION, LTD.'S MOTION TO TRANSFER VENUE TO THE
NORTHERN DISTRICT OF CALIFORNIA**

Nina F. Locker, Esq.
Rodney G. Strickland, Esq.
Ethan D. Roberts, Esq.
Merav Avital-Magen, Esq.
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300

Tonia O. Klausner, Esq. (TOK-8279)
Wilson Sonsini Goodrich & Rosati, PC
1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022
Tel:    212-999-5800
Fax:    212-999-5899

*Attorneys for Defendant Alvarion, Ltd.*

I, Greg Daily, declare as follows:

1. I am the President of Alvarion, Inc. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. Alvarion, Ltd. ("Alvarion") is an Israeli corporation. Its corporate headquarters are located in Tel Aviv, Israel.

3. Alvarion develops and sells a variety of Broadband wireless access products throughout the world. These products, which enable last mile access for mainly broadband services, are primarily sold to operators and service providers in the rural and suburban areas of developed countries, and the more developed areas of developing countries.

4. Alvarion conducts business in the United States through its wholly owned U.S. subsidiary, Alvarion, Inc., which is located in Mountain View, California.

5. Alvarion, Inc.'s Mountain View, California office is Alvarion's principal sales and marketing office in North America.

6. Alvarion, Inc. is registered with California's Department of Corporations and its agent for service of process is in California.

7. The majority of Alvarion, Inc.'s 52 employees are based in Mountain View, California. In addition, five employees of Alvarion currently are based at the Mountain View office.

8. Neither Alvarion nor Alvarion, Inc. has any offices, employees or documents in New York.

9. None of the statements challenged in the plaintiff's complaint was prepared in or disseminated from New York. I am informed and believe that the statements challenged in the complaint were prepared in Israel and California, and disseminated from Israel.

10. The three individual defendants are all current or former officers or directors of Alvarion. None of these individuals reside within the United States.

11.  Alvarion's board of directors holds an annual meeting in Mountain View, California.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2007 in Mountain View, California.

_____
Greg Daily