UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL BERGER, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>ALVARION LTD., ZVI SLONIMSKY, DAFNA GRUBER and MEIR BAREL<br><br>        Defendants. | No.: 07 CV 1007 (SHS)<br><br>ECF Case |

**DECLARATION OF ETHAN D. ROBERTS IN SUPPORT OF ALVARION, LTD.'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**

Nina F. Locker, Esq.
Rodney G. Strickland, Esq.
Ethan D. Roberts, Esq.
Merav Avital-Magen, Esq.
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300

Tonia O. Klausner, Esq. (TOK-8279)
Wilson Sonsini Goodrich & Rosati, PC
1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022
Tel:   212-999-5800
Fax:  212-999-5899

*Attorneys for Defendant Alvarion, Ltd.*

I, Ethan D. Roberts, declare as follows:

1. I am an attorney with the law firm of Wilson Sonsini Goodrich & Rosati, P.C. counsel of record for defendant Alvarion, Ltd. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a press release dated February 13, 2007 and entitled "Abraham Fruchter & Twersky LLP files Class Action Suit against Alvarion Ltd."

3. Attached hereto as Exhibit B is a true and correct copy of the complaint filed in *Meir v. Alvarion*, C 07 0374 (N.D. Cal.) on January 19, 2007. This case has been assigned to Judge Jeffrey S. White of the Northern District of California.

4. Attached hereto as Exhibit C is a true and correct copy of the complaint filed in *Hacker v. Alvarion*, C 07 0719 (N.D. Cal.) on February 2, 2007. This case has been assigned to Judge Jeffrey S. White of the Northern District of California.

5. Attached hereto as Exhibit D is a true and correct copy of a press release dated February 6, 2007 and entitled "Glancy Binkow & Goldberg LLP, Representing Investors Who Purchased Alvarion Ltd., Announces Class Action Lawsuit and Seeks to Recover Losses."

6. Attached hereto as Exhibit E is a true and correct copy of a press release dated February 6, 2007 and entitled "Scott & Scott, LLP Files Class Action Lawsuit Against Alvarion Ltd. on Behalf of Investors."

7. Mountain View, California, is located within the Northern District of California.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2007 in Palo Alto, California.

_____
Ethan D. Roberts