# Exhibit A

Yahoo!  My Yahoo!  Mail    Make Y! your home page           Search: _____  Web Search

YAHOO! FINANCE    Sign In              Finance Home - Help       market WIRE
                  New User? Sign Up                              a CCNMatthews Company

Welcome [Sign In]                                   To track stocks & more, Register

**Financial News**

                Enter symbol(s) _____  Basic ▾  Get   Symbol Lookup
**Press Release**                                   Source: Abraham Fruchter & Twersky LLP

# Abraham Fruchter & Twersky LLP Files Class Action Lawsuit Against Alvarion Ltd.

Tuesday February 13, 2:47 pm ET

NEW YORK, NY--(MARKET WIRE)--Feb 13, 2007 -- Abraham Fruchter & Twersky LLP has filed a class action lawsuit in the United States District Court for the Southern District of New York on behalf of all persons who purchased the publicly traded securities of Alvarion Ltd. ("Alvarion" or the "Company") (NasdaqGM:ALVR - News) from November 3, 2004 through May 12, 2006, inclusive (the "Class Period").

The complaint charges Alvarion and certain of its officers and directors with violations of the Securities Exchange Act of 1934 (the "Exchange Act"). As alleged in the Complaint, defendants issued materially false or misleading statements or failed to disclose material information during the Class Period that caused Alvarion's securities to trade at artificially inflated prices. Specifically, it is alleged that defendants did not disclose that a major customer, which accounted for approximately 30% of the Company's revenues during 2004, was no longer contributing to Alvarion's revenues at anywhere near that level. When the true information about this customer's affect on the Company's revenues was subsequently revealed, the price of Alvarion's stock decreased more than 13% on heavy trading volume.

Plaintiff is represented by Abraham Fruchter & Twersky LLP, which has expertise in prosecuting investor class actions. If you purchased or otherwise acquired the publicly-traded securities of Alvarion from November 3, 2004 through May 12, 2006, inclusive, you may, no later than April 9, 2007, request that the Court appoint you as lead plaintiff. If you wish to serve as lead plaintiff, you must meet certain legal requirements set forth in the applicable law and file appropriate papers with the Court. You do not need to seek appointment as a lead plaintiff in order to share in any recovery. Under certain circumstances, one or more Class members may together serve as lead plaintiff. You may retain Abraham Fruchter & Twersky LLP, or other counsel of your choice, to serve as your counsel in this action or you may choose to do nothing and remain an absent class member.

If you have any questions concerning this case or your rights or interests with respect to this matter, please contact plaintiff's counsel: Jack Fruchter, Esq. or Lawrence Levit, Esq. of Abraham Fruchter & Twersky LLP, One Penn Plaza, Suite 2805, New York, New York 10119, by telephone at (212) 279-5050 or toll free at (800) 440-8986, by facsimile at (212) 279-3655, or by e-mail at jfruchter@aftlaw.com or llevit@aftlaw.com.

Contact:

    Contact:
    Jack Fruchter, Esq.
    Email Contact
    Larry Levit, Esq.

Email Contact
Abraham Fruchter & Twersky LLP
Phone: (212) 279-5050
Toll free: (800) 440-8986
Facsimile: (212) 279-3655

Source: Abraham Fruchter & Twersky LLP

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
. Copyright © 2007 Market Wire. All rights reserved. All the news releases provided by Market Wire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.