# Exhibit D

Yahoo!  My Yahoo!  Mail    Make Y! your home page         Search:                                          Web Search

YAHOO! FINANCE    Sign In              Finance Home - Help     PrimeNewswire
                  New User? Sign Up

**Welcome** [Sign In]                                         To track stocks & more, Register

# Financial News

Enter symbol(s) [____]  Basic [▼] (Get)  Symbol Lookup

**Press Release**                                              Source: Glancy Binkow & Goldberg LLP

## Glancy Binkow & Goldberg LLP, Representing Investors Who Purchased Alvarion Ltd., Announces Class Action Lawsuit and Seeks to Recover Losses

Tuesday February 6, 5:56 pm ET

LOS ANGELES, Feb. 6, 2007 (PRIME NEWSWIRE) -- Notice is hereby given that Glancy Binkow & Goldberg LLP has filed a Class Action lawsuit in the United States District Court for the Northern District of California on behalf of a class (the ``Class'') consisting of all persons or entities who purchased the common stock of Alvarion Ltd. (``Alvarion'' or the ``Company'') (NasdaqGM:ALVR - News) between November 3, 2004 and May 12, 2006, inclusive (the ``Class Period'').

A copy of the Complaint is available from the court or from Glancy Binkow & Goldberg LLP. Please contact us by phone to discuss this action or to obtain a copy of the Complaint at (310) 201-9150 or Toll Free at (888) 773-9224, by email at info@glancylaw.com, or visit our website at http://www.glancylaw.com.

The Complaint charges Alvarion and certain of the Company's executive officers and directors with violations of federal securities laws. Among other things, plaintiff claims that defendants' material omissions and dissemination of materially false and misleading statements concerning Alvarion's business and prospects caused the Company's stock price to become artificially inflated, inflicting damages on investors. Alvarion is headquartered in Tel Aviv, Israel, and engages in the design, development, manufacture and marketing of wireless products worldwide. Throughout 2004, Alvarion experienced unprecedented growth in revenues based primarily on the large contract orders of Alvarion's largest customer, Telmex. However, as 2004 progressed Telmex did not make subsequent contract orders with Alvarion in the same magnitude as before. By late 2004, Alvarion knew that revenues from existing Telmex orders were almost fully realized, and that the growth of revenue experienced in 2004 was unsustainable in the future.

The Complaint alleges that defendants -- knowing that the lack of large orders from Telmex would inevitably slow Alvarion's revenue growth -- issued materially false and misleading statements concealing the true state of Alvarion's business with Telmex and portraying Alvarion's outlook as robust, in order to artificially inflate the price of Alvarion stock long enough to allow insiders to dump their shares and profit handsomely. The Complaint alleges that defendants knew or recklessly disregarded but failed to disclose or misrepresented to investors that: (a) Telmex was not planning to make additional orders; (b) there was no basis to believe that Telmex would continue to provide substantial revenues in 2005; and (c) Alvarion could not sustain its growth rate without the substantial revenue contribution from Telmex purchases.

Plaintiff further alleges that soon thereafter the truth concerning Alvarion's lack of orders from Telmex slowly emerged, as analysts began to question whether Telmex could continue to provide the same revenues as before, and as Alvarion began to post declining financial results. However, as the true state of its financial condition

Glancy Binkow & Goldberg LLP Representing Investors Who Purchased Alvarion and Seeks to Recover Losses/Financial News - Yahoo! Finance 03/25/2007 03:53 PM

Case 3:07-cv-02601-JSW    Document 1-12    Filed 05/16/2007    Page 3 of 3

leaked into the market, Alvarion continued to reassure investors and continued to issue false and misleading statements concerning Alvarion's financial situation and Telmex. Finally, on May 10, 2006, Alvarion filed a Form 20-F with the SEC which confirmed that the cause of Alvarion's declining growth rate was the lack of purchases from Telmex.

Plaintiff seeks to recover damages on behalf of Class members and is represented by Glancy Binkow & Goldberg LLP, a law firm with significant experience in prosecuting class actions, and substantial expertise in actions involving corporate fraud.

If you are a member of the Class described above, you may move the Court, not later than 60 days from the date of this Notice, to serve as lead plaintiff, however, you must meet certain legal requirements. If you wish to discuss this action or have any questions concerning this Notice or your rights or interests with respect to these matters, please contact Lionel Z. Glancy, Esquire, of Glancy Binkow & Goldberg LLP, 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067, by telephone at (310) 201-9150 or Toll Free at (888) 773-9224 or by e-mail to info@glancylaw.com.

More information on this and other class actions can be found on the Class Action Newsline at http://www.primenewswire.com/ca

Contact:

```
Glancy Binkow & Goldberg LLP, Los Angeles, CA
Lionel Z. Glancy
(310) 201-9150
(888) 773-9224
info@glancylaw.com
www.glancylaw.com
```

Source: Glancy Binkow & Goldberg LLP

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 PrimeNewswire. All rights reserved. Redistribution of this content is expressly prohibited without prior written consent. PrimeNewswire makes no claims concerning the accuracy or validity of the information, and shall not be held liable for any errors, delays, omissions or use thereof.