UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PAUL BERGER, On Behalf of Himself and All Others Similarly Situated, | : : : | Civil Action No. 1:07-cv-01007-SHS |
| Plaintiff, | : : | **ELECTRONICALLY FILED** |
| vs. | : : : | CLASS ACTION |
| ALVARION LTD., et al., | : : : | |
| Defendants. | : : | |
| IRVING BRAUN, Individually and On Behalf of All Others Similarly Situated, | : : : : | |
| Plaintiff, | : : | Civil Action No. 1:07-cv-02096-UA |
| vs. | : : : | CLASS ACTION |
| ALVARION LTD., et al., | : : : | |
| Defendants. | : : | |

MOTION TO APPOINT THE BRAUN GROUP AS LEAD PLAINTIFF, TO APPROVE ITS
SELECTION OF LEAD COUNSEL AND TO CONSOLIDATE RELATED ACTIONS

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

    PLEASE TAKE NOTICE that putative class members Irving Braun and Gary J. Fruchter (collectively, the "Braun Group") will and hereby do move this Court on a date and at such time as may be designated by the Court, at 500 Pearl Street, New York, New York 10007, for an order: (1) appointing the Braun Group as lead plaintiff pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995; (2) approving the Braun Group's selection of Lerach Coughlin Stoia Geller Rudman & Robbins LLP to serve as lead counsel; and (3) consolidating the above-captioned two related actions.  In support of this motion, the Braun Group submits the accompanying memorandum of law and the declaration of David A. Rosenfeld.

DATED:  April 9, 2007　　　　　　　　　　　LERACH COUGHLIN STOIA GELLER
　　　　　　　　　　　　　　　　　　　　　　　　 RUDMAN & ROBBINS LLP
　　　　　　　　　　　　　　　　　　　　　SAMUEL H. RUDMAN (SR-7957)
　　　　　　　　　　　　　　　　　　　　　DAVID A. ROSENFELD (DR-7564)
　　　　　　　　　　　　　　　　　　　　　MARIO ALBA, JR. (MA-7240)


　　　　　　　　　　　　　　　　　　　　　　　　 s/ DAVID A. ROSENFELD
　　　　　　　　　　　　　　　　　　　　　　　　　　DAVID A. ROSENFELD

　　　　　　　　　　　　　　　　　　　　　58 South Service Road, Suite 200
　　　　　　　　　　　　　　　　　　　　　Melville, NY  11747
　　　　　　　　　　　　　　　　　　　　　Telephone:  631/367-7100
　　　　　　　　　　　　　　　　　　　　　631/367-1173 (fax)

　　　　　　　　　　　　　　　　　　　　　LERACH COUGHLIN STOIA GELLER
　　　　　　　　　　　　　　　　　　　　　　 RUDMAN & ROBBINS LLP
　　　　　　　　　　　　　　　　　　　　　DARREN J. ROBBINS
　　　　　　　　　　　　　　　　　　　　　TRICIA L. McCORMICK
　　　　　　　　　　　　　　　　　　　　　655 West Broadway, Suite 1900
　　　　　　　　　　　　　　　　　　　　　San Diego, CA  92101
　　　　　　　　　　　　　　　　　　　　　Telephone:  619/231-1058
　　　　　　　　　　　　　　　　　　　　　619/231-7423 (fax)

　　　　　　　　　　　　　　　　　　　　　[Proposed] Lead Counsel for Plaintiffs

                    LAW OFFICES OF CURTIS V. TRINKO, LLP
                    CURTIS V. TRINKO (CT-1838)
                    16 West 46th Street, 7th Floor
                    New York, NY 10036
                    Telephone: 212/490-9550
                    212/986-0158(fax)

                    Additional Counsel for Plaintiffs

S:\CasesSD\Alvarion\NOT00040758_Ny.doc

CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 9, 2007.

s/ DAVID A. ROSENFELD
DAVID A. ROSENFELD

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

E-mail: DRosenfeld@lerachlaw.com

# Mailing Information for a Case 1:07-cv-01007-SHS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Simon Abraham**
  jabraham@abrahamlaw.com

- **Tonia Maria Ouellette Klausner**
  tklausner@wsgr.com,pmasiello@wsgr.com

- **Lawrence Donald Levit**
  llevit@aftlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)