UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PAUL BERGER, On Behalf of Himself and All Others Similarly Situated, | : : : | Civil Action No. 1:07-cv-01007-SHS |
| Plaintiff, | : : | **ELECTRONICALLY FILED** |
| vs. | : : : | CLASS ACTION |
| ALVARION LTD., et al., | : : : | |
| Defendants. | : : | |
| IRVING BRAUN, Individually and On Behalf of All Others Similarly Situated, | : : : : | |
| Plaintiff, | : : | Civil Action No. 1:07-cv-02096-UA |
| vs. | : : : | CLASS ACTION |
| ALVARION LTD., et al., | : : : | |
| Defendants. | : : | |

[PROPOSED] ORDER APPOINTING THE BRAUN GROUP AS LEAD PLAINTIFF,
APPROVING ITS SELECTION OF LEAD COUNSEL AND CONSOLIDATING
RELATED ACTIONS

Having considered the Motion to Appoint the Braun Group as Lead Plaintiff, to Approve Its Selection of Lead Counsel and to Consolidate Related Actions (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1.   The Motion is GRANTED;

Pursuant to Fed. R. Civ. P. 42(a), the following related actions are consolidated:

| CASE NAME | CASE NO. | DATE FILED |
|---|---|---|
| *Berger v. Alvarion Ltd.* | 07-1007-SHS | February 13, 2007 |
| *Braun v. Alvarion Ltd.* | 07-2096-SHS | March 12, 2007 |

2.   Pursuant to §21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), the Braun Group is appointed lead plaintiff for the class; and lead plaintiff's choice of lead counsel is approved. Pursuant to §21D(a)(3)(B)(v), Lerach Coughlin Stoia Geller Rudman & Robbins LLP is appointed as lead counsel for the class.

3.   Lead plaintiff shall file a consolidated class action complaint within 60 days of the date of this order. Defendants shall respond to the consolidated complaint within 60 days following the filing of the consolidated complaint. If defendants file a motion to dismiss, lead plaintiff shall have 60 days from the date the motion to dismiss is filed to file an opposition to the motion to dismiss. If defendants wish, they shall file a reply memorandum in support of the motion to dismiss within 30 days of the date on which lead plaintiff files its opposition to the motion to dismiss.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

- 2 -

Submitted by:

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN (SR-7957)
DAVID A. ROSENFELD (DR-7564)
MARIO ALBA, JR. (MA-7240)


          s/ DAVID A. ROSENFELD
            DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
TRICIA L. McCORMICK
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

LAW OFFICES OF CURTIS V. TRINKO, LLP
CURTIS V. TRINKO (CT-1838)
16 West 46th Street, 7th Floor
New York, NY 10036
Telephone: 212/490-9550
212/986-0158(fax)

Additional Counsel for Plaintiffs


S:\CasesSD\Alvarion\ORD00040758_NY.doc

CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 9, 2007.

    s/ DAVID A. ROSENFELD
    DAVID A. ROSENFELD

    LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
    58 South Service Road, Suite 200
    Melville, NY  11747
    Telephone:  631/367-7100
    631/367-1173 (fax)

    E-mail: DRosenfeld@lerachlaw.com

# Mailing Information for a Case 1:07-cv-01007-SHS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Simon Abraham**
  jabraham@abrahamlaw.com

- **Tonia Maria Ouellette Klausner**
  tklausner@wsgr.com,pmasiello@wsgr.com

- **Lawrence Donald Levit**
  llevit@aftlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)