UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
PAUL BERGER, On Behalf of Himself and     :   Civil Action No. 1:07-cv-01007-SHS
All Others Similarly Situated,            :
                                          :   **<u>ELECTRONICALLY FILED</u>**
                    Plaintiff,            :
                                          :   <u>CLASS ACTION</u>
        vs.                               :
                                          :
ALVARION LTD., et al.,                    :
                                          :
                    Defendants.           :
———————————————————————                   :
IRVING BRAUN, Individually and On Behalf  :
of All Others Similarly Situated,         :
                                          :   Civil Action No. 1:07-cv-02096-UA
                    Plaintiff,            :
                                          :   <u>CLASS ACTION</u>
        vs.                               :
                                          :
ALVARION LTD., et al.,                    :
                                          :
                    Defendants.           :
———————————————————————— x


DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF THE MOTION TO
APPOINT THE BRAUN GROUP AS LEAD PLAINTIFF, TO APPROVE ITS SELECTION
OF LEAD COUNSEL AND TO CONSOLIDATE RELATED ACTIONS

I, David A. Rosenfeld, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of New York.  I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, counsel for Irving Braun and Gary J. Fruchter (collectively, the "Braun Group"), and proposed lead counsel for the class in the above-entitled action.  I make this declaration in support of the Motion to Appoint the Braun Group as Lead Plaintiff, to Approve Its Selection of Lead Counsel and to Consolidate Related Actions.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      The Braun Group's sworn Certifications;

Exhibit B:      Chart of the Braun Group's Purchases and Losses;

Exhibit C:      Notice of class action lawsuit filed against Alvarion Ltd., published on *PrimeZone Media Network*, a national business-oriented wire service, on February 6, 2007; and

Exhibit D:      Firm résumé of Lerach Coughlin Stoia Geller Rudman & Robbins LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:  April 9, 2007

                                    s/ DAVID A. ROSENFELD
                                    DAVID A. ROSENFELD

S:\CasesSD\Alvarion\DEC00040758_NY.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 9, 2007, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to the e-mail addresses

denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the

foregoing document or paper via the United States Postal Service to the non-CM/ECF participants

indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on April 9, 2007.

s/ DAVID A. ROSENFELD
DAVID A. ROSENFELD

LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail: DRosenfeld@lerachlaw.com

# Mailing Information for a Case 1:07-cv-01007-SHS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey Simon Abraham**
  jabraham@abrahamlaw.com

- **Tonia Maria Ouellette Klausner**
  tklausner@wsgr.com,pmasiello@wsgr.com

- **Lawrence Donald Levit**
  llevit@aftlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)