# EXHIBIT A

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

IRVING S. BRAUN ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

**Acquisitions:**

| Date Acquired | Number of Shares Acquired | Acquisition Price Per Share |
|---|---|---|
| 03/28/05 | 2,000 shares | $10.01 |
| 08/03/05 | 1,000 shares | $ 8.25 |
|  |  |  |

5. Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below during the three years prior to the date of this Certification:

*Sekuk Global Enterprises v. KVH Industries, Inc., et al.*, No. CA-04-306L (D. R.I.)

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21 day of February, 2007.

IRVING S. BRAUN

**CERTIFICATION OF NAMED PLAINTIFF**
**PURSUANT TO FEDERAL SECURITIES LAWS**

I, GARY J. FRUCHTER ("Plaintiff"), hereby certify as follows:

1. Plaintiff has reviewed the complaint filed in Irving Braun vs. Alvarion Ltd., et al. Civil Action No. 07 CV 2096 (SHS), pending in the U.S. District Court, Southern District of New York, and has authorized his participation in such an action.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel, or in order to participate in this private action, or in any other litigation brought under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at a deposition and/or at trial, if necessary.

4. Plaintiff has made the following transaction (s) during the Class Period in the securities that are the subject of this action:

    a). Plaintiff acquired 2,000 shares of Alvarion Ltd. on March 28, 2005 at $ 10.01 per share; and

    b). Plaintiff sold 2,000 shares of Alvarion Ltd. on March 31, 2006 at $ 9.07 per share.

5. Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws during the three years prior to the date of this Certification.

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond his pro rata share of any recovery, or as ordered or approved by the Court, including the award to a representative of reasonable costs and expenses (including lost

wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __9__ day of April, 2007.

                                                GARY J. FRUCHTER