# EXHIBIT C

FOCUS - 28 of 65 DOCUMENTS

Copyright 2007 PrimeZone Media Network, Inc.
PrimeZone Media Network

February 6, 2007 Tuesday 1:02 PM EST

SECTION: LAW & LEGAL ISSUES

LENGTH: 537 words

HEADLINE: Scott+Scott, LLP Files Class Action Lawsuit Against Alvarion Ltd. On Behalf of Investors -- ALVR

BODY:

COLCHESTER, Conn., Feb. 6, 2007 (PRIME NEWSWIRE) -- On February 2, 2007, Scott+Scott, LLP, filed a class action against Alvarion Ltd. ("Alvarion" or the "Company") (Nasdaq:ALVR) and certain officers and directors in the U.S. District Court for the Northern District of California. The action is on behalf of Alvarion common stock purchasers during the period November 3, 2004 through May 12, 2006, inclusive (the "Class Period"), for violations of the Securities Exchange Act of 1934. The complaint alleges that defendants made false and misleading statements and material omissions regarding the Company's business and operations and that, as a result, the price of the Company's securities was inflated during the Class Period, thereby harming investors.

If you purchased Alvarion stock during the Class Period and wish to serve as a lead plaintiff in the action, you must move the Court no later than April 6, 2007. Any member of the investor class may move the Court to serve as lead plaintiff through counsel of its choice, or may choose to do nothing and remain an absent class member. If you wish to discuss this action or have questions concerning this notice or your rights, please contact Scott+Scott (scottlaw@scott-scott.com, 800/404-7770, 860/537-5537) or visit the Scott+Scott website, www.scott-scott.com, for more information. There is no cost or fee to you.

According to the complaint, immediately prior to the beginning of the Class Period, defendants represented that the Company's 2004 contract orders from one of its Latin American customers accounted for as much as 30% of Alvarion's total revenues. By the beginning of the Class Period, the Company represented to investors that its strong revenue position continued unabated, while in active concealment of the fact that its revenue opportunity with its Latin American customer had deteriorated, along with any hope that the Company was on track to achieve its revenue and income numbers.

Unbeknownst to investors, the complaint alleges, defendants had falsely portrayed positive business prospects at Alvarion's outlook as robust, serving to artificially inflate the price of the Company's stock. Defendants' scheme began to unravel when, on February 8, 2006, the Company announced the decline of its revenue opportunities for its 2005 fiscal year. Following this, on May 12, 2006, Defendants finally issued their annual report, which demonstrated the lack of purchases in 2005 from its Latin American customer. As a result, the price of Alvarion shares declined dramatic decline, closing at $7.92 on May 12, 2005.

The plaintiff is represented by Scott+Scott, a firm with significant experience in prosecuting investor class actions. The firm dedicates itself to client communication and satisfaction and currently is litigating major securities, antitrust and employee retirement plan actions throughout the United States. The firm represents pension funds, charities, foundations, individuals and other entities worldwide.

More information on this and other class actions can be found on the Class Action Newsline at www.primenewswire.com/ca

CONTACT:

```
Scott+Scott, LLP
        (800) 404-7770
        (860) 537-5537
```

scottlaw@scott-scott.com

LOAD-DATE: February 7, 2007