**WSGR** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/07

650 Page Mill Road
Palo Alto, CA 94304-1050
PH 650.493.9300
FAX 650.493.6811

www.wsgr.com

April 6, 2007


RECEIVED
APR 6 2007
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

*Via Facsimile*

Hon. Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

Re: *Berger v. Alvarion Ltd.* (No. 07 CV 1007)
*Braun v. Alvarion Ltd.* (No. 07 CV 2096)

Dear Judge Stein:

We represent defendant Alvarion, Ltd. ("Alvarion" or "the company") in the above referenced actions. We are writing on behalf of our client, as well as counsel for plaintiffs, with regard to the forthcoming Initial Case Management Conferences scheduled for April 13, 2007 at 11:00 a.m. in the above referenced actions. For the reasons set forth more fully below, the parties believe the current date for the Initial Case Management Conferences is premature given the procedural requirements of the Securities Litigation Reform Act of 1995 (the "Reform Act") and Alvarion's pending motions to transfer these actions to the Northern District of California.

## BACKGROUND

### The *Berger* Action

On February 13, 2007, Mr. Berger filed his class action lawsuit, *Berger v. Alvarion Ltd.* (No. 07 CV 1007) ("*Berger*"), against Alvarion and three of the company's current and former officers and directors. Pursuant to an order dated February 22, 2007, the Initial Case Management Conference is scheduled for April 13, 2007.

### The *Braun* Action

On March 12, 2007, Mr. Braun filed his class action lawsuit, *Braun v. Alvarion Ltd.* (No. 07 CV 2096) ("*Braun*"), against Alvarion and three of the company's current and former officers. Mr. Braun's lawsuit was initially assigned to Judge Daniels. However, on March 12, 2007 it was referred to this Court as possibly being related to the *Berger* action. Pursuant to an order dated April 2, 2007, the Initial Case Management Conference in the *Braun* action is also scheduled for April 13, 2007.

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

Hon. Sidney H. Stein
United States District Court
Southern District of New York
April 6, 2007
Page 2

### The California Actions

Two substantially similar class action lawsuits are pending against Alvarion and three of the company's current and former officers and directors in the Northern District of California (collectively "the California plaintiffs"). *Meir v. Alvarion Ltd.* (C 07 0374) was filed on January 19, 2007, and *Hacker v. Alvarion Ltd.* (C 07 0719) was filed on February 2, 2007. These matters have been assigned to The Hon. Jeffrey White of the Northern District of California. On April 4, 2007, Alvarion filed with this Court its motions to transfer the *Berger* and *Braun* actions to the Northern District of California under the "first-to-file" rule and 28 U.S.C. § 1404(a).

### THE PARTIES' REQUEST

The parties' request that the Initial Case Management Conferences scheduled for April 13, 2007, be continued to a later date on the grounds that it would be premature to hold the conference before a lead plaintiff and lead plaintiff's counsel are appointed and while Alvarion's motion to transfer these actions is pending.

These securities class action lawsuits are subject to the Private Securities Litigation Reform Act of 1995 (the "Reform Act"). Pursuant to the Reform Act, securities class action plaintiffs must issue a press release notifying other potential class members of the existence of their lawsuit and the 60 day period in which the class members may apply for court appointment as lead plaintiff. 15 U.S.C. § 78u-4(a)(3). The California plaintiffs issued a press release on February 6, 2007, and therefore by statute the lead plaintiff motions are due on April 9, 2007. *Id.* The press releases issued by Mr. Berger on February 13, 2007, and Mr. Braun on March 8, 2007 also informed potential class members that lead plaintiff motions are due on April 9, 2007. Under the Reform Act, the court-appointed lead plaintiff and lead plaintiff's counsel will be responsible for managing this action on behalf of the alleged class.

Given the current uncertainty regarding the identity of the lead plaintiff, the lead plaintiff's counsel, and the venue in which this action will be litigated, the parties believe it will be more informative and productive for the Court and the parties, if the Initial Case Management Conference occurs after lead plaintiffs have been selected and the Court has adjudicated Alvarion's pending motions to transfer. A conference would also be premature at this time because the Reform Act precludes discovery at this stage of securities class action litigation.

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

Hon. Sidney H. Stein
United States District Court
Southern District of New York
April 6, 2007
Page 3

The parties therefore respectfully request that the Court (a) cancel the Initial Case Management Conferences scheduled for April 13, 2007, and (b) re-schedule those conferences to a date in June or July 2007 that is convenient for the Court.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*[signature]*

Tonia Ouellette Klausner
Attorneys for Defendant Alvarion, Ltd.

cc: Jeffrey S. Abraham, Esq.
*Attorney for Plaintiff Paul Berger*

Samuel H. Rudman, Esq.
Mario Alba Jr., Esq.
*Attorneys for Plaintiff Irving Braun*

*[handwritten:]* The conferences are adjourned to July 27, 2007, at 10:00 a.m.

SO ORDERED 4/9/07

*[signature]*
SIDNEY H. STEIN
U.S.D.J.