UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL BERGER, On Behalf of Himself and All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>ALVARION LTD., et al.,<br><br>     Defendants. | Civil Action No.: 07 CV 1007 (SHS)<br><br>**ELECTRONICALLY FILED**<br><br><u>CLASS ACTION</u> |
| IRVING BRAUN, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>ALVARION LTD., et al.,<br><br>     Defendants. | Civil Action No.: 07 CV 2096 (SHS)<br><br><u>CLASS ACTION</u> |

**DECLARATION OF ETHAN D. ROBERTS
IN SUPPORT OF ALVARION, LTD.'S OPPOSITION TO THE MOTION TO
APPOINT THE BRAUN GROUP AS LEAD PLAINTIFF, TO APPROVE ITS
SELECTION OF LEAD COUNSEL AND TO CONSOLIDATE RELATED ACTIONS**

Nina F. Locker, Esq.
Rodney G. Strickland, Esq.
Ethan D. Roberts, Esq.
Merav Avital-Magen, Esq.
Wilson Sonsini Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, California 94304-1050
Tel: (650) 493-9300

Tonia O. Klausner, Esq. (TOK-8279)
Wilson Sonsini Goodrich & Rosati, PC
1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022
Tel:    212-999-5800
Fax:   212-999-5899

*Attorneys for Defendant Alvarion, Ltd.*

I, Ethan D. Roberts, declare as follows:

1. I am an attorney with the law firm of Wilson Sonsini Goodrich & Rosati, P.C. counsel of record for Defendant Alvarion, Ltd. I have personal knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a portion of the "Loss Chart" submitted by the Harel Group in support of its Motion to be Appointed Lead Plaintiff and Approval of its counsel as Co-Lead Counsel filed in *Meir v. Alvarion*, C 07 00374 (N.D. Cal.) on April 9, 2007.

3. Attached hereto as Exhibit B is a true and correct copy of the "Loss Analysis" submitted by Rahul Saraf in support of his Motion to be Appointed Lead Plaintiff and Approval of his Counsel as Lead and Liaison Counsel filed in *Meir v. Alvarion*, C 07 00374 (N.D. Cal.) on April 16, 2007.

4. Attached hereto as Exhibit C is a true and correct copy of the Notice of Motion and Motion to Appoint the Braun Group as Lead Plaintiff and to Approve Lead Plaintiff's Selection of Lead Counsel and Memorandum of Law in Support Thereof filed in *Meir v. Alvarion*, C 07 0374 (N.D. Cal.) on April 9, 2007.

5. Attached hereto as Exhibit D is a true and correct copy of the Hon. Jeffrey S. White's Order Re Motions for Consolidation and to Appoint Lead Plaintiff issued in *Meir v. Alvarion*, C 07 00374 (N.D. Cal.) on April 10, 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 23, 2007 in Palo Alto, California.

/s/ Ethan D. Roberts
Ethan D. Roberts