# Exhibit A

# EXHIBIT
## ALVARION LTD. SECURITIES LITIGATION

### Losses of the Harel Group

| MOVANT | # OF SHARES PURCHASED | LOSS |
|---|---|---|
| SHILOAH - PROFIT PARTICIPATING FUND - EYAL | 142,522 | $359,801.77 |
| SHILOAH - PROFIT PARTICIPATING FUND - FOREIGN CURRENCY | 130,700 | $304,815.40 |
| HAREL PENSION - ADI PENSION FUND | 16,338 | $45,559.06 |
| HAREL ELEMTRY | 12,500 | $39,133.00 |
| FURKAN M. KHAN | 5,000 | $34,808.00 |
| **HAREL GROUP TOTAL LOSS** | | **$784,117.23** |