# Exhibit B

# Exhibit B

# Alvarion Ltd. Loss Analysis for Rahul Saraf

| Name | | | | |
|---|---|---|---|---|
| Rahul Saraf | | | | |

**PURCHASES**

| Date | Shares | Share Price | Amount |
|---|---|---|---|
| 1/17/2006 | 10,000 | 10.12 | $101,200.00 |
| 1/18/2006 | 300 | 9.71 | $2,913.00 |
| 1/18/2006 | 2400 | 9.8 | $23,520.00 |
| 1/18/2006 | 100 | 9.79 | $979.00 |
| 1/19/2006 | 1500 | 10.4795 | $15,719.25 |
| 2/2/2006 | 5000 | 10.5 | $52,500.00 |
| 2/6/2006 | 5000 | 10.2 | $51,000.00 |
| 2/8/2006 | 1000 | 9.75 | $9,750.00 |

| Net Shares Acquired | 25300 | Net Amount | $257,581.25 |
|---|---|---|---|

| Value of shares of mean closing price for the period 5/13/06-8/11/06 | 6.44 | | -$162,932.00 |
|---|---|---|---|

| | | Net Loss | $94,649.25 |
|---|---|---|---|