NINA F. LOCKER, State Bar No. 123838
Email: nlocker@wsgr.com
RODNEY G. STRICKLAND, JR., State Bar No. 161934
Email: rstrickland@wsgr.com
JONI L. OSTLER, State Bar No. 230009
Email: jostler@wsgr.com
MERAV AVITAL-MAGEN, State Bar No. 236144
Email: mmagen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
ALVARION LTD., DAFNA GRUBER and
ZVI SLONIMSKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL BERGER, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALVARION LTD, ZVI SLONIMSKY, DAFNA GRUBER AND MEIR BAREL,<br><br>　　　　Defendants. | Case No. 07-02601-JSW<br><br>**DEFENDANTS' STATEMENT REGARDING CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　September 21, 2007<br>Time:　　　1:30 p.m.<br>Courtroom:　2<br>Before:　　Hon. Jeffrey S. White |

1    This case is one of four securities class action lawsuits filed against Alvarion and certain
2  of its present and former officers and directors.  It was filed in the Southern District of New York
3  on February 13, 2007 by plaintiff Paul Berger and his counsel Abraham Fruchter & Twersky
4  LLP.  On May 16, 2007, the case was transferred to the Northern District of California.  *See*
5  Docket No. 1.  It was then related to the first-filed case in this District, *Meir v. Alvarion Ltd., et
6  al.*, Case No. 07-00374-JSW (the "*Meir* action"), and to the other two pending cases.  *See*
7  Docket No. 4.

8    On April 9, 2007, pursuant to Section 21D of the Securities Exchange Act of 1934 (15
9  U.S.C. § 78u-4(a)(3)), three groups of plaintiffs filed competing motions in the *Meir* action
10 requesting the Court to consolidate the pending actions and to appoint the group as lead plaintiff
11 and the group's counsel as lead counsel for the alleged class.  *See* Case No. 07-00374-JSW
12 Docket ("*Meir* Docket"), Nos. 15, 17 and 21.  Mr. Berger did not move for appointment as lead
13 plaintiff and his counsel did not move for appointment as lead counsel.  The motions were filed
14 by the following potential lead plaintiffs and law firms:

15   (1)   Harel Insurance Company Ltd. and Furkan M. Khan (the "Harel Group"), represented by Glancy Binkow & Goldberg LLP and the Law Offices of Jacob
16         Sabo;

17   (2)   Rahul Saraf, represented by Federman & Sherwood; and

18   (3)   Irving Braun and Gary J. Fruchter (the "Braun Group"), represented by Lerach Coughlin Stoia Geller Rudman & Robbins LLP and the Law Offices of Curtis V.
19         Trinko LLP.

20   The lead plaintiff motions have not been resolved.  On August 14, 2007, however, the
21 Harel Group and Mr. Saraf filed a Stipulation re Appointment of Lead Plaintiffs and Lead
22 Counsel which reflects that they have agreed among themselves to serve as Lead Plaintiffs
23 jointly, with their counsel serving as Co-Lead Counsel.  *See Meir* Docket No. 51.  The Braun
24 Group and its counsel took no position on the Stipulation.  The Court has not issued an order
25 regarding the Stipulation.

26   Because Mr. Berger has not sought appointment as lead plaintiff, and because defendants
27 and all potential lead plaintiffs have requested (and Mr. Berger has not opposed) the
28 consolidation of this case with the first-filed *Meir* action (*e.g.*, *Meir* Docket No. 63), it would

DEFENDANTS' STATEMENT REGARDING CASE MANAGEMENT CONFERENCE
CASE No. C-07-02601-JSW
-1-

appear that Mr. Berger has no intention of attempting to pursue this case as a separate action. Thus, Alvarion respectfully submits that a Joint Case Management Statement, a Case Management Conference and a Case Management Order in this action are unnecessary. Alvarion has, however, met and conferred with Mr. Meir and his counsel, who also represent the Harel Group and Mr. Saraf, and has filed a Joint Case Management Statement and a Supplemental Joint Case Management Statement in the *Meir* action. *See Meir* Docket Nos. 59 and 66. The Conference in the *Meir* action is also scheduled for September 21, 2007.

Dated: September 14, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/ Rodney G. Strickland, Jr._____
Rodney G. Strickland, Jr.

Attorneys for Defendants Alvarion Ltd., Zvi Slonimsky and Dafna Gruber

I, Joni Ostler, am the ECF user whose identification and password are being used to file the **DEFENDANTS' STATEMENT REGARDING CASE MANAGEMENT CONFERENCE**. In compliance with General Order 45.X.B, I hereby attest that Rodney G. Strickland, Jr. has concurred in this filing.

Dated: September 14, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: ___/s/ Joni Ostler___
Joni Ostler