Jeffrey S. Abraham (JA-2946)
Lawrence D. Levit (LL-9507)
**ABRAHAM FRUCHTER & TWERSKY LLP**
One Penn Plaza; Suite 2805
New York, New York 10119
Telephone: (212) 279-5050
Fax: (212) 279-3655

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL BERGER, On Behalf of Himself and All Others Similarly Situated, | Case No. 07-02601 JSW |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | ECF Case |
| ALVARION LTD., ZVI SLONIMSKY, DAFNA GRUBER and MEIR BAREL, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: September 20, 2007         **ABRAHAM FRUCHTER & TWERSKY LLP**

By: ___/s/___
Jeffrey S. Abraham (JA-2946)
Lawrence D. Levit (L-9507)
One Penn Plaza, Suite 2805
New York, New York 10119
Telephone: (212) 279-5050
Fax: (212) 279-3655

Attorneys for Plaintiff Paul Berger